AO91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

FILED
JAMES BONINI
CLERK

2009 NOV 19 A 10-08

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV COLUMBUS

UNITED STATES OF AMERICA
V.
ERIC E. CAMPBELL
1920 TODD AVE
COLUMBUS, OH 43207
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: 2:09-mj-779

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about November 5, 2009 in Franklin county, in the Southern District of Ohio defendant(s) did, (Track Statutory Language of Offense) knowingly entice a minor to engage in unlawful sexual activity and did possess visual depictions of child pornography that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer.

in violation of Title 18 United States Code, Section(s) 2422(b) and 2252(a)(4)(B).

I further state that I am a(n) TFO Brett Peachey and that this complaint is based on the
Official Title

following facts:

See attached affidavit.

Continued on the attached sheet and made a part hereof: [x] Yes [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

November 19, 2009 at Columbus, Ohio
Date                                          City and State

Mark R. Abel, US Magistrate Judge            Mark R. Abel
Name and Title of Judicial Officer            Signature of Judicial Officer



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT, EASTERN DIVISION OF OHIO

In the Matter of the Search of the Criminal Complaint:

United States of America
V.
ERIC E. CAMPBELL
1920 Todd Ave
Columbus, OH 43207

## AFFIDAVIT

1. On November 5, 2009, the Franklin County Sheriff's Office was contacted by a Detective Lee Cyr of the Fairborn Police Department who stated that he had arrested Eric CAMPBELL after CAMPBELL solicited Det. Cyr, who was posing online as a 15 year-old female named "Katie," to meet up with CAMPBELL for the purpose of a sexual encounter. Subsequent investigation revealed that Det. Cyr had posed as a 15 year-old female named "Katie" and began chatting with CAMPBELL via the internet, using a Yahoo program. During the chat, which was recorded in chat logs and in which Det. Cyr clearly informs CAMPELL that "Katie" is 15 years-old, CAMPBELL sent Det. Cyr nude pictures of himself and discussed meeting up and having sex, indicating it would be OK despite the "Katie's" 15 year-old age, so long as no one found out about it, and asking Det. Cyr if "Katie" preferred the use of condoms during intercourse. CAMPBELL subsequently made plans to travel to and meet with "Katie" at a gas station in Fairborn, OH, later that evening. Under Ohio law, it would constitute Unlawful Sexual Conduct with a Minor for a person over 18 years of age to engage in sexual conduct with another, who is not the spouse of the offender, when the offender knows the other person is thirteen years of age or older but less than sixteen years of age, or the offender is reckless in that regard.

2. Upon arriving at the meeting location later that same night, CAMPBELL was arrested, waived his Miranda rights, and was interviewed. During the interview, CAMPBELL admitted he had been chatting on-line with a girl, had solicited sex from her, and had come to the Dayton area to meet up with her for a sexual encounter, though he stated to investigators that he had changed his mind about the encounter when he arrived at the gas station. CAMPBELL was shown copies of the chat logs between he and "Katie" by investigators and verified they were the chats that he had engaged in. CAMPBELL further admitted he had used his laptop computer to conduct the chats, and that it was still located in a bedroom in his residence at 1920 Todd Avenue Columbus, OH. CAMPBELL further admitted that he had numerous files of child pornography that were saved on his laptop computer, which he described as images of children ranging in age from 10 years of age to 16 years of age in various stages of nudity and engaged in various sexual acts. CAMPBELL admitted that he had received some of the images of child pornography via the internet using the peer to peer file sharing program Limewire.

3. Investigators in Franklin County were able to confirm that CAMPBELL was a registered sex offender in Franklin County based on a prior sexual battery conviction and also confirmed his listed registration address as 1920 Todd Avenue Columbus, Ohio. Based on this information, on November 5, 2009, at approximately 11:46 p.m., investigators were able to obtain a search warrant for the residence at 1920 Todd Ave. Columbus, Ohio, for child pornography. The search warrant was executed at approximately 12:05 a.m. on November 6, 2009.

4. Upon completion of the search of CAMPBELL's residence, a laptop computer, external hard drive and a web cam were among the items seized. An initial forensic review of the laptop computer was conducted and revealed over 40 videos and several images of child pornography which depicted young, prepubescent children, nude, and performing acts of oral sex with other children and with adults.

1

**CONCLUSION**

5. Based upon the evidence gathered to date, there is probably cause to believe that Eric CAMPBELL is responsible for the Enticement of a Minor for Unlawful Sexual Activity and Possession of visual depictions of child pornography.

Brett Peachey
Task Force Officer
Franklin County Internet Crimes Against Children

Sworn to and subscribed before me this 19th day of November, 2009.

United States Magistrate
United States District Court
Southern District of Ohio

2